## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ROBERT STRATTON,

                Plaintiff,

      v.

ULMA FORM-WORKS, INC.,

                Defendant.

CIVIL ACTION FILE
NP.: 1:21-cv-01760-MLB-JKL

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, Defendant ULMA Form-Works, Inc. ("ULMA" or "Defendant") files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      **Plaintiff**:    Robert Stratton

      **Defendant:**    ULMA Form-Works, Inc.

ULMA C y E, S. Coop. is the parent company of Defendant ULMA Form-Works, Inc. The undersigned is unaware of any publicly held corporation that owns 10% or more of the stock of a party.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

The undersigned is not aware of any other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| Plaintiff: | Douglas R. Kertscher<br>Jennifer L. Calvert<br>**HILL, KERTSCHER & WHARTON, LLP**<br>3625 Cumberland Blvd., SE, Suite 1050<br>Atlanta, GA 30339 |
| Defendant: | Kenneth G. Menendez<br>Travis M. Cashbaugh<br>**FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway, Suite 1600<br>Atlanta, GA 30339 |

This 23rd day of June, 2021.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kenneth G. Menendez*
KENNETH G. MENENDEZ
Georgia Bar No. 502045
TRAVIS M. CASHBAUGH
Georgia Bar No. 380162

*Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
kmenendez@fmglaw.com
tcashbaugh@fmglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** to the Clerk of Court using the CM/ECF *e-filing* system which will automatically send electronic mail notification and a copy of such filing to the following counsel of record:

Douglas R. Kertscher
Jennifer L. Calvert
HILL, KERTSCHER & WHARTON, LLP
3625 Cumberland Blvd., SE, Suite 1050
Atlanta, GA 30339

This 23rd day of June, 2021.

*s/ Kenneth G. Menendez*
Kenneth G. Menendez
Georgia Bar No. 502045